UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL EUGENE WILSON, Jr., | No. 2:20-cv-1294 KJN P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, Warden, | |
| Respondent. | |

On December 10, 2020, petitioner filed a response to the November 30, 2020 order to show cause. Petitioner was out for surgery and did not receive respondent's motion to dismiss. Once he returned from surgery, he was required to quarantine, and now his unit is on lockdown. Petitioner requested an extension of time to file and serve an opposition to respondent's October 13, 2020 motion to dismiss.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The November 30, 2020 order to show cause (ECF No. 9) is discharged;

2. Petitioner's request for an extension of time (ECF No. 11) is granted;

3. Petitioner shall file and serve an opposition within sixty days from the date of this order; and

////

////

4. The Clerk of the Court is directed to send petitioner a copy of the motion to dismiss (ECF No. 8).

Dated:  December 11, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wils1294.111