1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CORNELL EUGENE WILSON, JR.,              No.  2:20-cv-1294 JAM KJN P

12                    Petitioner,

13          v.                                 ORDER

14    P. THOMPSON, Warden, FCI-Herlong,

15                    Respondent.

16

17          Petitioner requested an extension of time to file objections to the July 15, 2021 findings

18    and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  Petitioner's request for an extension of time (ECF No. 17) is granted; and

20          2.  Petitioner shall file any objections within fourteen days from the date of this order.

21    Dated:  August 12, 2021

22

23                                             _____
                                               KENDALL J. NEWMAN
24    wils1294.111                             UNITED STATES MAGISTRATE JUDGE

25

26

27

28